# AFFIDAVIT OF SERVICE

| Case: 4:21-cv-07035-JST | Court: United States District Court Northern District of California | County: San Francisco, CA | Job: 6184888 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Hung Vanngo | | **Defendant / Respondent:** Beauty Advisor, LLC | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Law Firm of Higbee & Associates | |
| **To be served upon:** United States Corporation Agents, Inc - Registered Agent | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** United States Corporation Agents, Inc - Registered Agent, Company: 221 N. Broad Street Suite 3A, Middletown, Delaware 19709

**Manner of Service:** Registered Agent, Sep 27, 2021, 9:08 am EDT

**Documents:** Summons, Complaint, and Exhibits

**Additional Comments:**
1) Successful Attempt: Sep 27, 2021, 9:08 am EDT at Company: 221 N. Broad Street Suite 3A, Middletown, Delaware 19709 received by Jenny Hughs - Registered Agent. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'8"; Hair: Blonde;

Stephen Kempski            Date  10-1-2021

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678